1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8          **DISTRICT OF NEVADA**
9

10   DIAKONOS HOLDINGS, LLC, Trustee
     on behalf of Coventry Green Trust,
11                                                    Case No. 2:12-CV-00949-KJD-NJK
              Plaintiff,
12                                                    **ORDER**
     v.
13
     MTC FINANCIAL INC., dba TRUSTEE
14   CORPS; *et al.*,

15            Defendants.

16

17          Before the Court is Defendants' Motion for Substitution of Counsel (#54). Having reviewed

18   the Motion and good cause appearing, Defendant's Motion for Substitution of Counsel (#54) is

19   **GRANTED**.

20          DATED this 23rd day of August 2013.

21

22

23          _____
            Kent J. Dawson
24          United States District Judge

25

26