# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIAKONOS HOLDINGS, LLC, Trustee
on behalf of Coventry Green Trust,

     Plaintiff,

v.

MTC FINANCIAL INC., dba TRUSTEE
CORPS; *et al.*,

     Defendants.

Case No. 2:12-CV-00949-KJD-NJK

**ORDER**

     Before the Court is Defendants' Motion for Substitution of Counsel (#54). Having reviewed the Motion and good cause appearing, Defendant's Motion for Substitution of Counsel (#54) is **GRANTED**.

     DATED this 23rd day of August 2013.

_____
Kent J. Dawson
United States District Judge