# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIAKONOS HOLDINGS LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:12-cv-00949-KJD-NJK<br><br>**ORDER** |

On October 12, 2017, the parties filed a joint status report indicating that the stay in this case should continue pending resolution of a motion for rehearing and rehearing *en banc* in *Elmer v. JPMorgan Chase Bank*. Docket No. 68. at 2. The Ninth Circuit's docket shows those motions were denied November 16, 2017, and a mandate was issued on November 24, 2017. Accordingly, the parties shall file a joint status report by July 3, 2018. To the extent the parties agree the stay in this case should be lifted, they shall include therein a schedule for the case to move forward toward resolution.

IT IS SO ORDERED.

Dated: June 20, 2018

                                                                       Nancy J. Koppe<br>
                                                                       United States Magistrate Judge

1