1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  VATANA LAY, ESQ.
   Nevada Bar No. 12993
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: vatana.lay@akerman.com

7  *Attorneys for Defendants Countrywide*
   *Home Loans, Inc., Bank of America, N.A.,*
8  *and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RH KIDS, LLC, | Case No.: 2:12-cv-00949-KJD-RJJ |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| vs. | |
| MTC FINANCIAL INC. dba TRUSTEE CORPS; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and any and all persons claiming an interest in 2704 Coventry Green Ave., Las Vegas, Nevada by, through, or under the named Defendants, designated herein as DOES 1 through 10; and ROE CORPORATION 1 through 10, inclusive, | |
| Defendants. | |

Defendants Bank of America, N.A. (**BANA**), Countrywide Home Loans, Inc. (**Countrywide**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **Defendants**), and Plaintiff RH Kids, LLC (**Plaintiff**), by and through their respective counsel, hereby stipulate and agree to continue the briefing schedule on Defendants' and Plaintiff's motions for summary judgment.

It is hereby stipulated and agreed that Defendants' reply in support of their motion for summary judgment and their opposition to Plaintiff's countermotion for summary judgment shall be due on

46514019;1

November 12, 2018. Plaintiff shall have an additional period of time until and including November 30, 2018 to file a reply in support of its motion for summary judgment.

Dated this 26th day of September, 2018.

HONG & HONG, PLC

 /s/ Joseph Hong
JOSEPH HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG PLC
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Plaintiff RH Kids, LLC*

Dated this 26th day of September, 2018.

AKERMAN LLP

 /s/ Vatana Lay
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., and Mortgage Electronic Registration Systems Inc.*

**IT IS SO ORDERED.**

Dated this 28th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

46514019;1